# UNITED STATES DISTRICT COURT

# DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

---

**CASE NUMBER: CR05-51S** **September 1, 2005**

**TITLE: USA V. MARIA DIAZ**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 9:26 a.m. - 10:14 a.m.**

---

**COUNSEL PRESENT:** **Government - Stephen Dambruch, AUSA**
**Defendant - Edward C. Roy, Esquire**
**Probation - Kathy Conlon**

**RE: Sentencing**

**Proceedings: All counsel of record present. Defendant present. No objections to the PSR; Court accepts the PSR; Government recommends the low-end of the guideline range; Defense counsel asked the Court to impose a sentence below the guideline range; Defendant addresses her statements to the Court; Defendant sworn; Court questions the defendant; Court imposes 18 months of incarceration; 3 years S/R; Special conditions:1. The defendant shall participate in a program for substance abuse which may include testing (up to 72 tests per year); 2. The defendant shall participate in a Mental Health Treatment program; 3. The defendant shall obtain employment. If unable to obtain employment the defendant shall perform community service at the discretion of the Probation Office. $100.00 S/A. Court strongly recommends to BOP that the defendant be placed in a facility that will provide the defendant with a substance abuse program/mental health treatment program and close to her family (Danbury CT); The defendant shall surrender to the U.S. Marshals Office on Monday, September 26, 2005 at 12:00 noon; Court advises the defendant of her rights to file an appeal; Defendant to remain on bond status.**