UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR. No. 05-51-01S

MARIA DIAZ :

MOTION TO ENLARGE TIME FOR REPORTING

NOW COMES the defendant and moves that this Honorable Court enlarge the time for reporting to a United States Bureau of Prisons Facility from September 26, 2005 to October 14, 2005. The grounds for this being that the defendant has filed with the Probate Court for the City of Pawtucket a Petition to have a Guardian appointed for her thirteen year old son. The Petition will not be heard until October 12, 2005. Ms. Diaz, due to her indigency, is not represented by counsel and is handling this matter on her own behalf.

MARIA DIAZ
By her Attorney,

Edward C. Roy
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 16th day of September 2005, I hand-delivered a true copy of the within motion to Lee Vilker, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903, Kathleen Conlon, USPO, Office of the Probation Officer, Two Exchange Terrace, Providence, RI 02903.