UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. Cr. No. 05-51-01S

MARIA DIAZ

**ORDER**

Defendant's Motion to Enlarge Time for Reporting is GRANTED. Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on Friday, October 14, 2005 at 12:00 p.m.

ORDER:

By:____________________
Deputy Clerk

ENTER:

____________________
William E. Smith
U.S. District Judge

Date: 9/22/05